IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Acosta, Carmen Y
Castillo, Angel A
Printed: 01/29/09

Case Number: 08 B 27368
Judge: Hollis, Pamela S
Filed: 10/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 4,512.83 | 0.00 |
| 6. | SO Group SC | Unsecured | 25.00 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured | 19,596.99 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 416.76 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,877.80 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 627.73 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 296.44 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 460.00 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 323.57 | 0.00 |
| 14. | Midland Credit Management | Secured |  | No Claim Filed |
| 15. | Metropolitan Bank | Secured |  | No Claim Filed |
| 16. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 17. | Internal Revenue Service | Priority |  | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 19. | Arnold Scott Harris PC | Unsecured |  | No Claim Filed |
| 20. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 21. | Rush University | Unsecured |  | No Claim Filed |
| 22. | Blue Cross & Blue Shield | Unsecured |  | No Claim Filed |
| 23. | Blue Cross & Blue Shield | Unsecured |  | No Claim Filed |
| 24. | Blue Cross & Blue Shield | Unsecured |  | No Claim Filed |
| 25. | Blue Cross & Blue Shield | Unsecured |  | No Claim Filed |
| 26. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Acosta, Carmen Y | Case Number: 08 B 27368 |
|---|---|---|
| | Castillo, Angel A | Judge: Hollis, Pamela S |
| | Printed: 01/29/09 | Filed: 10/13/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Citibank | Unsecured | | No Claim Filed |
| 28. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 29. | City Of Chicago | Unsecured | | No Claim Filed |
| 30. | M3 Financial Services | Unsecured | | No Claim Filed |
| 31. | Citibank | Unsecured | | No Claim Filed |
| 32. | Rush University | Unsecured | | No Claim Filed |
| 33. | Professional Account Management | Unsecured | | No Claim Filed |
| 34. | Rush University | Unsecured | | No Claim Filed |
| 35. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 36. | West Asset Management | Unsecured | | No Claim Filed |
| 37. | Rush University | Unsecured | | No Claim Filed |
| 38. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 39. | Westgate Terrace | Unsecured | | No Claim Filed |
| 40. | Unifund Corporation | Unsecured | | No Claim Filed |
| 41. | AT&T | Unsecured | | No Claim Filed |
| | | | $ 28,137.12 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

